JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOOSHIN BOLOORIAN, an individual,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>FLAGSTAR BANCORP, INC., dba FLAGSTAR BANK, F.S.B., a Michigan Corporation; BARRETT, DAFFIN, FRAPPIER, TREDER & WEISS, LLP, a Limited Liability Partnership; and DOES 1 THROUGH 20, INCLUSIVE,<br><br>　　　　　　　Defendants. | Case No.:   2:19-cv-07477-RGK-AS<br><br>Judge R. Gary Klausner, Ctrm. 850<br><br>**[PROPOSED] ORDER ON STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)**<br><br>Complaint Filed:  July 24, 2019 |

　　　The Court, having considered the Stipulation of Voluntary Dismissal with Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(1) between Plaintiff, NOOSHIN BOLOORIAN ("Plaintiff") and Defendant, FLAGSTAR BANK, FSB, *erroneously sued as* "Flagstar Bancorp, Inc. dba Flagstar Bank, F.S.B."("Defendant") (collectively, the "Parties"), and good cause appearing,

1

**ORDER ON STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)**

1  **THE COURT ORDERS AS FOLLOWS**:

2  Plaintiff's Complaint is hereby dismissed with prejudice in its entirety and
3  as to all Parties.

4  <u>**IT IS SO ORDERED.**</u>

6  Dated: __June 30, 2020_____        *Gary Klausner*

7  _____
    The Honorable R. Gary Klausner
8   United States District Court Judge

**PROOF OF SERVICE**

I, Jovete Elguira, declare as follows:

I am employed in the County of Orange, State of California where the mailing occurred. I am over the age of eighteen (18) and not a party to the within action. My business address is 4665 MacArthur Court, Suite 200, Newport Beach, California 92660. I am readily familiar with the practices of Wright, Finlay & Zak, LLP, for collection and processing of correspondence for mailing with the United States Postal Service. Such correspondence is deposited with the United States Postal Service the same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

On December 27, 2019, I served the foregoing document described as **[PROPOSED] ORDER GRANTING JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)** on all interested parties in this action by causing [ ] the original [X] a true copy thereof to be enclosed in sealed envelope(s) addressed as follows:

**SEE ATTACHED SERVICE LIST**

[ ] **(BY UNITED STATES MAIL)** I caused such envelope(s) to be placed for collection and mailing, following our ordinary business practices.

[X] **(CM/ECF)** I caused the above document(s) to be transmitted to the office(s) of the addressee(s) listed by electronic mail at the e-mail address(es) set forth herein pursuant to Fed.R.Civ.P.5(b)(2)(E). "A Notice of Electronic Filing (NEF) is generated automatically by the ECF system upon completion of an electronic filing. The NEF, when e-mailed to the e-mail address of record in the case, shall constitute the proof of service as required by Fed.R.Civ.P. 5(b)(2)(E). A copy of the NEF shall be attached to any document served in the traditional manner upon any party appearing pro se."

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 27, 2019, at Newport Beach, California.

*/s/ Jovete Elguira*
Jovete Elguira

## SERVICE LIST

| Aaron Berger, Esq.<br>Law Offices of Aaron Berger<br>4338 ½ Laurel Canyon Blvd<br>Studio City, CA 91604<br>Tel: 818-942-0228<br>Email: aaron@aaronbergerlaw.com | ***Counsel for Plaintiff*** |
|---|---|